UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOXCAR MEDIA, LLC, and )<br>RACEWAY MEDIA, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REDNECKJUNK, LLC, )<br>DR. THOMAS P. CONNELLY, and )<br>CONNELLY RACING, INC., )<br>)<br>Defendants. ) | CIVIL ACTION NO._____<br><br>04-40051-NMG |

### NOTICE OF REMOVAL

Petitioners, Redneckjunk, LLC, Dr. Thomas P. Connelly, and Connelly Racing, Inc., respectfully show:

1. Petitioners are the defendants in the above entitled action.

2. The above entitled action was commenced in the Commonwealth of Massachusetts - Superior Court Department - Worcester Division - Civil Action No. WOCV2004-00524-B, and is now pending in that court. Process was served on the Petitioners on the 23rd day of March, 2004. A copy of the plaintiffs' amended complaint setting forth a claim for relief upon which the action is based was first served by mail on the 26th day of March, 2004.

3. The Petitioners are desirous of removing this civil action from the state court of the Commonwealth of Massachusetts pursuant to *28 U.S.C.A. Sec. 1446.*

Page 1 of 3

4. The Plaintiffs' Amended Complaint contains a count alleging violation of the *"Lanham Act"* and *"15 U.S.C. Sec. 1125(a)"*.

5. This Honorable Court has original jurisdiction over all actions arising under said *Chapter 15 U.S.C.A. Sec. 1121(a)*.

6. The Petitioners may remove to this Honorable Court any action brought in a state court over which the district courts of the United States have jurisdiction. *28 U.S.C.A. Sec. 1441(a)*.

7. Removal is proper and timely because, under *28 U.S.C.A. Sec. 1446(b)*, the Petitioners may exercise their right of removal within thirty (30) days after receipt of the complaint.

8. Pursuant to *28 U.S.C. Sec. 1446(d)*, the Petitioners are providing written notice of this removal to all parties in the Massachusetts Superior Court action and is filing a copy of this Notice of Removal with the Clerk of the Superior Court.

9. In accordance with *28 U.S.C. Sec. 1446(a)*, copies of all process, pleadings and orders served upon the Petitioners in the Superior Court action which give rise to the Petitioners' right of removal are attached to this Notice of Removal as "**Exhibit A**".

10. In accordance with *Local Rule 81.1*, certified or attested copies of all records and proceedings in the Superior Court action, and a certified or attested copy of all docket entries, will be filed with this Court within thirty (30) days.

WHEREFORE, Petitioners pray that the above action now pending against them in the Worcester Superior Court, Commonwealth of Massachusetts, Civil Action No. WOCV2004-00524-B, be removed from said state court to this court.

      Redneckjunk, LLC,
      Dr. Thomas P. Connelly, and
      Connelly Racing, Inc.,
      By their Attorneys,

      _/s/ Robert F. Casey, Jr._
      Robert F. Casey, Jr.
      BBO# 077700
      233 Ayer Road, Suite 12
      Harvard, MA 01451
      (978) 772-2223

      _/s/ Jean D. Sifleet_
      Jean D. Sifleet
      BBO# 461820
      120 South Meadow Road
      Clinton, MA 01510
      (978) 368-6104

Dated: April 12, 2004
CIVIL\REMOVAL.NOT

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

04-40 -NMG

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
BOXCAR MEDIA, LLC and
RACEWAY MEDIA, LLC

### DEFENDANTS
REDNECKJUNK, LLC,
DR. THOMAS P. CONNELLY and
CONNELLY RACING, INC.

(b) County of Residence of First Listed Plaintiff __Berkshire__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed __Worcester__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Brenda M. Cotter &
Brown Rudnick Berlack Israels, LLP
One Financial Center, Boston, MA 02111
(617) 856-8200

Attorneys (If Known)
See Attached

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | **FEDERAL TAX SUITS** | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | / ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

The defendants seek removal from state court because plaintiffs' complaint contains a count for violation of the Lanham Act, 11 USCA, Sec. 1125(a) over which this court has original jurisdiction.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 25,000.00+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE 4/12/04
SIGNATURE OF ATTORNEY OF RECORD
Robert F. Casey, Jr.

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Robert F. Casey, Jr.**
233 Ayer Road, Suite 12
Harvard, MA 01451

(Telephone: (978) 772-2223)

and

**Jean D. Sifleet**
120 S. Meadow Road
Clinton, MA 01510

(Telephone: (978) 368-6104)

**04-40051** 

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Boxcar Media, LLC et al v. Redneckjunk, LLC et al__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☒ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, (840*) 850, 890, 892-894, 895, 950.     *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐   NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☐   NO ☒

    A. If yes, in which division do all of the non-governmental parties reside?
    Eastern Division ☐   Central Division ☐   Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
    Eastern Division ☐   Central Division ☐   Western Division ☒

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☒   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Robert F. Casey, Jr.__
ADDRESS __233 Ayer Road, Suite 12, Harvard, MA 01451__
TELEPHONE NO. __(978) 772-2223__

(Coversheetlocal.wpd - 10/17/02)

**Supplement to Question No. 8 of Category Sheet**

The Plaintiffs have filed a motion for a preliminary injunction seeking an order compelling the defendants from using the name "redneckjunk.com" or "rjunk.com".