FILED
IN CLERKS OFFICE

COMMONWEALTH OF MASSACHUSETTS
2004 APR 14  P 3: 22

WORCESTER, ss

SUPERIOR COURT DEPARTMENT
U.S. DISTRICT OF THE TRIAL COURT
CIVIL ACTION NO. 04-00524B

|  |  |
|---|---|
| BOXCAR MEDIA, LLC, and RACEWAY MEDIA, LLC, Plaintiffs, v. REDNECKJUNK, LLC, et al., Defendants. | ) ) ) ) ) ) ) |

## SUPPLEMENTAL AFFIDAVIT OF OSMIN ALVAREZ

I, Osmin Alvarez, do hereby depose and state as follows:

1.     I am the CEO of Raceway Media LLC ("Raceway") and Boxcar Media LLC ("Boxcar").

2.     In addition to the activities that the defendants were engaging in to promote their website that were known at the time I signed my original affidavit, I have since learned additional facts that indicate that the defendants are promoting their infringing mark "rjunk.com." In conjunction with an apparent sponsorship deal for a car in the 2004 Busch North Series, Connelly Racing has commissioned designs for a racing package bearing the "rjunk.com" logo. Of particular interest is the fact that these designs specifically associate the "rjunk.com" mark with "racing, boating, [and] RV classifieds." A copy of these designs is attached hereto as Exhibit 1.

3.     Furthermore, since my original affidavit, the defendants have opened an "online store" for various merchandise bearing the "redneckjunk.com" mark. A copy of the web page advertising this "online store" and its merchandise is attached hereto as Exhibit 2.

Signed under the pains and penalties of perjury this 9th day of April, 2004.

Osmin Alvarez

1



Rjunk.com - Complete Package Design



The complete package design for Connelly Racing in the 2004 Busch North Series.

4/6/2004



CONTACT • HELP • PRIVACY • TERMS





NEW! Are You Looking For The Classifieds Category Listings? They've Moved!! Click Here To Go There Now.

NEW! Do You Want A RedneckJunkT-Shirt Or Hat, But Don't Have Anything To Post Yet?! Check Out Our ONLINE Store Below!



CLICK HERE TO VIEW PICTURES OF NO. 50 THE REDNECKJUNK.COM DODGE DRIVEN BY DERRIKE COPE UAW-DAIMLERCHRYSLER 400 03.07.2004

CLASSIFIEDS
SEARCH
POST AD
MAILING LIST
HOME

PLACE YOUR AD FOR FREE


CLICK HERE...





## In the news

Find out what is being said about redneckjunk.com in the news. Click on the links below to see some articles that have featured our story.

USATODAY          JaySki.com
TampaBay Tribune   AlanJones.us
DerrikeCope.com    InsiderRacingNews.com
CatchFence.com     Tennessean
TheLast Cowboys    Race Fan News
Dallas News        LasVegas Sun
tcpalm.com         Front Stretch
RaceFan News       MercuryNews
claremoreprogress.com
CHECK US OUT IN THE ISSUE OF SPORTS ILLUSTRATED - Pg.24!!

## ATTENTION:

The first 1000 people to post an ad with RedneckJunk.com will receive either a T-Shirt or Trucker hat with the RedneckJunk.com logo printed on it.
Read more...



Front          Back






 Order



 Order



 Order

