UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOXCAR MEDIA, LLC, et al. | ) |
|     Plaintiffs, | ) |
| v. | ) |
| REDNECKJUNK, LLC, et al. | ) |
|     Defendants. | ) |

CIVIL ACTION NO. 04-40051-NMG

## MOTION FOR LEAVE TO SUPPLEMENT RECORD ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, AND MEMORANDUM IN SUPPORT

Plaintiffs Boxcar Media, LLC, and Raceway Media, LLC, hereby move to supplement the record on their pending motion for a preliminary injunction to include the Second Supplemental Affidavit of Osmin Alvarez, attached hereto as <u>Exhibit A</u>, and the Affidavit of Ryan Maturski, attached hereto as <u>Exhibit B</u>.

In support of this motion, plaintiffs state that these affidavits are necessary to reflect certain very limited additional information discovered since Mr. Alvarez' prior affidavit was filed regarding the defendants' infringement of the plaintiff's trademarks. Essentially, these affidavits concern the defendants' misappropriation of yet another aspect of the plaintiffs' websites, as well as responding to an outrageous and unfounded accusation of wrongdoing in the defendants' papers. The affidavits do not contain new argument or alter the principles of law on which the plaintiffs' motion relies.

Respectfully submitted,
BOXCAR MEDIA, LLC and RACEWAY MEDIA, LLC,
by their attorneys,

Brenda M. Cotter (BBO #548004)
Jeffrey P. Hermes (BBO#637952)
Amanda C. Basta (BBO #655037)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: May 3, 2004

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

I hereby certify that counsel for the plaintiffs attempted to contact defendants' counsel regarding the above motion, but did not hear from defendants' counsel prior to the time of filing this motion.

_____
Brenda M. Cotter

## CERTIFICATE OF SERVICE

I, Jeffrey P. Hermes, counsel for the plaintiffs, do hereby certify that on this day, May 3, 2004, I served a copy of the foregoing document by mail and electronic mail to counsel for the defendants:

Robert F. Casey, Jr., Esq.
ROBERT F. CASEY, JR., P.C.
Shaker Place
233 Ayer Road – Suite 12
Harvard, MA 01451

Jean D. Sifleet, Esq.
120 South Meadow Road
Clinton, MA 01510

_____
Jeffrey P. Hermes

Dated: May 3, 2004

#1273479 v\1 - hermesjp - r@mf01!.doc - 21073/2

2



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOXCAR MEDIA, LLC, and<br>RACEWAY MEDIA, LLC., | ) ) ) ) | |
| Plaintiffs,<br>v. | ) ) ) ) | CIVIL ACTION NO. 04-40051-NMG |
| REDNECKJUNK, LLC,<br>DR. THOMAS P. CONNELLY, and<br>CONNELLY RACING, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## SECOND SUPPLEMENTAL AFFIDAVIT OF OSMIN ALVAREZ

I, Osmin Alvarez, do hereby depose and state as follows:

1.     I am the CEO of plaintiffs Raceway Media LLC ("Raceway") and Boxcar Media LLC ("Boxcar"). I file this affidavit to update the Court regarding events that have occurred since the filing of my prior affidavit.

2.     As discussed in my prior affidavits, after the defendants' efforts to invest or to otherwise become involved in the plaintiffs' business failed, they sought to trade on the success of the plaintiffs' business by deliberately infringing the plaintiffs' trademarks and literally copying, without prior consent, the advertisements and content from plaintiffs' website.

3.     In addition, since my prior affidavit was filed with the Court, the defendants have attempted to generate confusion between their website and the plaintiffs' site through yet another method. Specifically, the defendants have changed the colors used on their "rjunk.com" website, so that instead of the name of the defendants' site appearing on their original blue background, their website name now appears on a red background. A printout of the defendants' new site is attached hereto as Exhibit 1.

1

4.      The particular shade of red now being used by the defendants is essentially identical to, and indistinguishable from, the shade of red that has been used for the past four (4) years for the background of the plaintiffs' trademark on the plaintiffs' website, a copy of which is attached hereto as Exhibit 2. As is clear from the Affidavit of Ryan Maturski, the defendants' selection of this color from a range of over sixteen million available colors can be nothing other that intentional, and reflects an unmistakable attempt to trade on our goodwill.

5.      It has also come to my attention that in their opposition papers, the defendants have accused Raceway and/or Boxcar of violating the security of their website and changing the content of their site. These accusations are utterly outrageous and scurrilous, with no basis in fact whatsoever, and I categorically deny these charges. Indeed, Raceway and Boxcar will pursue legal remedies for defamation and commercial disparagement if such accusations are ever repeated outside of this litigation.

6.      Finally, I have become aware of another instance of potential actual confusion between the parties' websites. On Thursday, April 29, 2004, I received the e-mail attached hereto as Exhibit 3. In this e-mail, a customer is asking the support staff at RacingJunk.com, the plaintiffs' website, about an offer of a "free T-shirt and Hat" for placing an advertisement. RacingJunk.com has made no such offer; however, I am aware that the defendants' website, RedneckJunk.com, has offered such rewards in the past, as shown on Exhibit L to my first affidavit.

Signed under the pains and penalties of perjury this 30th day of April, 2004.

Osmin Alvarez

2



# RJUNK.COM



:: Terms :: :: Privacy :: :: Contact Us :: :: Help ::

**Junk Cart** 🛒
:: Buy RedneckJunk ::
:: View Cart ::

**Menu**
Home
Classifieds
Search
Post Ad
Mailing List

Login
Register
My Account

**JAYSKI'S**
See what the
buzz is about


PLACE YOUR AD
FOR FREE


ARNOLD
NASCAR


LEAF
Racewear



## Racing Designs
• Paint Schemes • Uniforms • Logos
• Transporter • Hero Cards
• And More!



## :: {RJUNK SHOWCASE CAR} Nextel Cup Car ::
Robert Yates #88 2003 Cup car
**Price: $14,500.00**
Yates chasiss, raced @ dover in 2003 has a standard spindal configuration. Fully plumed, oils, brake lines, and it has an oil tank.

SEE PICTURES OF THE NO.50 REDNECK.COM DRIVEN BY DAYTONA 500 WINNER DERRIKE COPE



### :: Ad No. 1971 ::
**567 BBC**
Price: $15,000.00
Phone:
Location: Corpus Christi, TX, US
Qty: 1
Created: April 22, 2004

### :: Ad No. 1970 ::
**2003 240" Slip Joint J. MARK DRAGSTER**
Price: $15,500.00
Phone: Not Available
Location: Saraland, AL, US
Qty: 1
Created: April 22, 2004

### :: Ad No. 1968 ::
**Bill Elliott THUNDERBAT Cup Car**
Price: $40,000.00
Phone: Not Available
Location: Papillion, NE, US
Qty: 1
Created: April 22, 2004

### :: Ad No. 1967 ::
**1984 CHEV CORVETTE RACE CAR / SUPER GAS**
Price: $23,900.00
Phone: Not Available
Location: Manitowoc, WI, US
Qty: 1
Created: April 22, 2004





NEW ENGLAND
HUDSON, NH
603-881-9995

Transmitted: 4/28/2004 9:52:59 PM

**COMING SOON!**
RJGOODS.COM
PERFORMANCE AUTO PARTS

**In The News**
Find out what is being said about redneckjunk.com in the news.

Click on the links below to see some articles that have featured our story.

USA TODAY
Tampa Bay Tribune
Last Cowboy
Dallas News
TC Palm
Race Fan News
Alan Jones
Tennessean
Front Stretch
Mercury News
Claremore Progress

:: Terms :: :: Privacy :: :: Contact Us :: :: Help ::



**Racing**JUNK.com

Classifieds built to go fast!

MAKE MONEY:
Join our Affiliate Program today!
Read More...

SEARCH:  [SEARCH]
ADVANCED SEARCH

FREE **RACEWAY CONTEST**  PICK THE TOP 5 FINISHERS OF THE NEXT CUP RACE  **FREE 2 PLAY**

CLASSIFIEDJUNK NETWORK: BOATS • RV

TERMS • CLASSIFIED GUIDELINES • PRIVACY POLICY

- HOME
- HELP PAGE
- CLASSIFIEDS
- ADS BY DAY
- LOGIN
- POST AD
- MOST RECENT
- MOST POPULAR
- SEARCH
- HONOR PAYMENT
- FORUM

BOATS & JUNK

Search by Ad Number
[          ]
[Go To Ad]

>> ABOUT US
>> CONTACT US
>> TESTIMONIALS
>> FAQ's
>> EMAIL NEWSLETTER
>> LINK TO US

FREE NEWSLETTER
Enter email address:
[          ]
○ TEXT | ● HTML
[ENTER]

TESTIMONIALS
Just wanted to say thanks for the great site you guys have here. Sold my trailer off of this site less than 1 month! Fantastic job guys! Lots of hits on my ad daily! Thanks again!

Bill - PA

Not a Member to RacingJunk.com? Signup for FREE



Need a Trailer for 2004?
click here



Currently 35 featured ads.

GET YOUR AD FEATURED

  

45,000
NY city camaro

27900
NEW 2004 17'
HAULMARK
TOTAL
STACKER

2000
Racing
Radios/Motorola
P1225 /Diesel
Clark

BELL
SIMPSON,
PYRODLE
CRASHE AND
IMPACT
RACING
PRODUCTS,

No Img
18000
514 stroker bbf

84,000
2001 EL26
Intimidator

33,000.00
Code 512 Big
Ford worker
like new color or
honda

$153530
NEW 2004 17'
HAULMARK
TOTER
CHUBATA
CHASSIS

ALL FEATURED RACING CLASSIFIED ADS

FREE gift with Honor Payment

**Premiere Classifieds** Get Listed In The Premiere Section
• Pro-Street '67 Camaro (31500)
• UNDERCOVER DRAGSTER 02 NEW 218 ($14,900.00)
• 1966 Corvette Race Ready (29,000.00)
• Fastest 10.5" Street Car VIDEO (DVD) Drag Racing ($18.95)
• 2004 Racecraft Slipjoint Dragster Turn Key (26,000)
• *OVER 50% LESS THAN NEW * WAS ASKING $1800 NOW $1200. MODEL 901, 9' DUAL DISK RAM CLUTCH, 540 BASE SPRINGS,ALL STEEL, 4 EXTRA FLOATERS, 1 EXTRA DISK, DIAL INDICATOR INCLUDED, PRICED TO SELL,$1200 ($1200)
• Carb Spacer 3 D CNC Machined ($45)
• FIREBIRD BEAVISBUILT MULTI RECORD BREAKING ($37,500.00)
• 50FT. Pace Bigfoot Slideout Hauler Showtime Special (65,900.)
• MULTI-CAR/TRUCK TEAM ITEMS FOR SALE ()
**ALL Premiere Racing Classified Ads**

**Gallery Classifieds** Get A Gallery Listing
G  **blown alcohol engines**
OFFER:1600.00
G  **1970 Monte Carlo Blown Alcohol Drag Car**
OFFER:$32,000.00
G  **SUPERQUICK / TRADE / REDUCED TO $28,500**
OFFER:45,000
G  **Retiring from Dirt Track Racing after 40 years**
OFFER:

Members    Login Here

USERNAME:  [          ]
PASSWORD:  [          ]
☐ Remember Me
[LOGIN]

WEBSITE STATS
Daily Visitors 16,704
Daily Page Views 419,638
Members 36,147

**Online Store**



T-Shirts, Hats & Decals
CLICK HERE


Boating Jn.


RVJnk

Ads by Google

Get Sponsored in 48 hours
The fastest way to car sponsorship. 2004 Car Sponsorship Search
www.carsponsorships.com

Copyright ©2004 RacewayMedia LLC All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the
RacewayMedia LLC Terms, Classified Guidelines and Privacy Policy

©2004 Raceway Media, LLC
Box 491, North Adams, MA 01247
Tel: 413.663.3496 • Fax: 413.663.3615
Email: support@racingjunk.com

A Boxcar Media, LLC design
106 Main Street, North Adams, MA 01247
Tel: 413.663.3384 • Fax: 413.663.3615

WebTV is currently not supported on this site.
page execution took 17ms

Add Free Stats    Inlive!  113 visitors currently on the site



-----Original Message-----
From: RacingJunk.com Support [mailto:support@racingjunk.com]
Sent: Thursday, April 29, 2004 4:50 PM
To: osmin@boxcarmedia.com; ccorrigan@racewaymedia.com
Subject: Fw: Phone call


---------- Forwarded Message -----------
From: "Rob Russell" <rrussell@swri.org>
To: <question@racingjunk.com>
Sent: Thu, 29 Apr 2004 14:41:57 -0500
Subject: Phone call

Dear sir or maam,  I just received a phone call from a woman that said
she
was from RacingJunk.com.  She said that I would receive a free T-shirt
and
Hat from RacingJunk.com since I placed an ad today.  If this is true,
could
you please have her call me back.  I was kind of caught off guard here
at
work.  My number is 210-632-4970.  Thanks, Rob Russell
------- End of Forwarded Message -------


If you need anything else please let me know.

RacingJunk.com
Raceway Media LLC
106 Main Street
North Adams, MA 01247
www.racewaymedia.com
T: 413-663-3384
F: 413-663-3615
staff@racingjunk.com



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOXCAR MEDIA, LLC, and<br>RACEWAY MEDIA, LLC.,<br><br>     Plaintiffs,<br><br>v.<br><br>REDNECKJUNK, LLC,<br>DR. THOMAS P. CONNELLY, and<br>CONNELLY RACING, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-40051-NMG |

## AFFIDAVIT OF RYAN MATURSKI

I, Ryan Maturski, do hereby depose and state as follows:

1.    I am the Chief Creative Officer for plaintiffs Raceway Media LLC ("Raceway") and Boxcar Media LLC ("Boxcar"). I am in charge of technical issues for the plaintiffs' websites, including the design and appearance of the websites.

2.    At the request of Raceway and Boxcar's CEO, Osmin Alvarez, I have analyzed the shades of red currently used on the defendants' website www.redneckjunk.com and the plaintiffs' website www.racingjunk.com. Every color appearing on a computer screen can be expressed as a combination of the component colors red, green and blue, with each component color having a value between zero and 255. For example, pure white can be expressed as Red: 255, Green: 255 and Blue: 255, while pure black would be expressed as Red: 0, Green: 0 and Blue: 0. Over sixteen million (16,000,000) different colors of varying hue, saturation and brightness from one end of the rainbow to the other can be identified in this manner.

3.    To analyze the websites in question, I used a computer program called WhatColor, which I use to identify colors on websites for design purposes. This program can

1

identify the specific combination of red, green and blue that makes up any color appearing on a particular internet web page.

4.      The shade of red appearing on the defendants' website ranges slightly between Red: 153, Green: 0 and Blue: 0 and Red: 153, Green: 0 and Blue: 2.  The shade of red appearing on the plaintiffs' website is Red: 153, Green: 0 and Blue: 0.  In other words, with over sixteen million colors available from which to choose, the defendants have selected a color which is identical or virtually identical to that used by the plaintiff.


Signed under the pains and penalties of perjury this 30th day of April, 2004.

                                    Ryan Maturski