UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-40051-NMG

BOXCAR MEDIA, LLC, and )
RACEWAY MEDIA, LLC, )
                                                )
                        Plaintiffs,      )
                                                )
v.                                           )
                                                )
REDNECKJUNK, LLC,              )
DR. THOMAS P. CONNELLY, and )
CONNELLY RACING, INC.,     )
                                                )
                        Defendants. )

# DEFENDANTS' MOTION TO EXTEND TIME FOR DEFENDANTS TO SUBMIT OPPOSITION TO PLAINTIFFS' SUBMISSIONS

Now come the Defendants RedneckJunk, LLC, Dr. Thomas P. Connelly, and Connelly Racing, Inc. (hereinafter referred to as the "Defendants") and state the following:

1. This Honorable Court did set a deadline of May 17, 2004 for the Defendants to file further submissions.

2. The Defendants' counsel is desirous of filing further submissions, but Defendants' counsel, Robert F. Casey, Jr., is in the process of moving his entire office to a new locale.

WHEREFORE, the Defendants RedneckJunk, LLC, Dr. Thomas P. Connelly, and Connelly Racing, Inc. request an extension from May 17, 2004 to May 24, 2004 to submit further opposition.

REDNECKJUNK, LLC,<br>
DR. THOMAS P. CONNELLY, and<br>
CONNELLY RACING, INC.,<br>
By their Attorney,<br>
<br>
_____<br>
Robert F. Casey, Jr.<br>
BBO# 077700<br>
233 Ayer Road, Suite 12<br>
Harvard, MA 01451<br>
(978) 772-2223

Dated: May 13, 2004

DOCS\CONNELLY\EXTENDT.MOT

## CERTIFICATE OF SERVICE

I, Robert F. Casey, Jr., attorney for the defendants, do hereby certify that on this date I served a copy of the following documents by U.S. Postal First Class Mail, postage prepaid, as follows:

**Defendants' Motion to Extend Time For Defendants to Submit Opposition to Plaintiffs' Submissions**

to:

Plaintiffs' counsel:

Attorney Brenda M. Cotter
Attorney Amanda C. Basta
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111


Sworn and subscribed to by me under the pains and penalties of perjury this 13 day of May, 2004.

Robert F. Casey, Jr.

DOCS\CONNELLY\CERT.SER