UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -7 P 12: 05

C.A. No. 04-40051-NMG

U.S. DISTRICT COURT
DISTRICT OF MASS.

BOXCAR MEDIA, LLC and )
RACEWAY MEDIA, LLC, )
　)
Plaintiffs, )
　)
v. )
　)
REDNECKJUNK, LLC )
DR. THOMAS P. CONNELLY, and )
CONNELLY RACING, INC., )
　)
Defendants. )

## AFFIDAVIT OF
## THOMAS P. CONNELLY

I, Thomas P. Connelly, do under oath state the following:

1. I am a principal in Redneckjunk, LLC.

2. Redneckjunk, LLC was formed to promote the stock car racing team operated by Connelly Racing, Inc.

3. From February 2004 to June 4, 2004 considerable monies were expended to promote the racing team through the website and sponsorship by the website of the racing team.

4. Large costs were incurred to help market the website and the racing team. The benefits of the promotion will not be realized due to the injunction as the website, logos, and all promotions are being changed from "redneckjunk"/"rjunk" to "rjgoods".

5. Aside from the costs of changing the website, the following costs were incurred totaling $43,700:
    A. Sponsorship of the #50 Nextel Cup car -$25,000;
    B. Sponsorship of the #08 Connelly Racing, Inc. Car -$15,000

Page 1 of 2

allocated as follows:
    RJUNK.COM decaling of two race cars, one hauler and one pit cart -$7,500
    Ten custom tailored racing and crew uniforms by LEAF racewear -$7,500
C. Internet marketing and production with RSBN.net (10 months remaining) -$2,500
D. Radio commercial production -$1,200

Signed under the pains and penalties of perjury this 7th day of June, 2004.

_____
Thomas P. Connelly

DOCS\CONNELLY\AFFIDAVIT.V2