
**BROWN**
**RUDNICK**
**BERLACK**
**ISRAELS** LLP

Jeffrey P. Hermes
Attorney At Law

direct dial: 617.856.8203
jhermes@brbilaw.com

June 15, 2004

FILED
IN CLERK'S OFFICE

2004 JUN 15 P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

**BY HAND**

Civil Clerk
United States District Court for The District of Massachusetts
Harold D. Donohue Federal Bldg. & Courthouse
595 Main Street
Worcester, MA 01608

  Re: **Boxcar Media, LLC, et al. v. RedneckJunk, LLC, et al.**
     **Civil Action No. 04-40051-NMG**

Dear Sir or Madam:

  Pursuant to the Preliminary Injunction Order issued by Judge Gorton in the above-captioned matter on June 8, 2004, please find enclosed, for deposit with the court, a check made out to "Clerk, U.S. District Court, Mass.," in the amount of $2,500.00, representing the bond amount required by Judge Gorton's order. It is my understanding from a conversation with Judge Gorton's clerk that this check will be deposited into an interest bearing account, subject to final resolution of this action.

  Thank you for your attention to this matter. If you have any questions or concerns, please contact me at (617) 856-8203.

          Very truly yours,

          **BROWN RUDNICK BERLACK ISRAELS LLP**

          By: _____
            Jeffrey P. Hermes

JPH/joe
Enclosure

cc: Martin Castles, Clerk to the Honorable Nathaniel M. Gorton (w/o encl.)(by hand)
   Jean D. Sifleet, Esq. (w/o encl.) (via e-mail & 1st Class Mail)
   Robert F. Casey, Esq. (w/o encl.) (via e-mail & 1st Class Mail)
   Brenda M. Cotter, Esq. (w/o encl.)
   Amanda C. Basta, Esq. (w/o encl.)

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence