UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOXCAR MEDIA, LLC, and<br>RACEWAY MEDIA, LLC.,<br><br>    Plaintiffs,<br>v.<br><br>REDNECKJUNK, LLC,<br>DR. THOMAS P. CONNELLY, and<br>CONNELLY RACING, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 04-40051-NMG

## NOTICE OF WITHDRAWAL OF APPEARANCE OF AMANDA C. BASTA

Please withdraw the appearance of Amanda C. Basta as counsel for Boxcar Media, LLC,

et al. in the above captioned matter. Brenda M. Cotter and Jeffrey P. Hermes of Brown Rudnick

Berlack Israels LLP will remain as counsel for the Plaintiffs.

Respectfully submitted,

BOXCAR MEDIA, LLC
RACEWAY MEDIA, LLC

By their attorneys,

*Amanda C. Basta*

Brenda M. Cotter (BBO #548004)
Jeffrey P. Hermes (BBO #637952)
Amanda C. Basta (BBO #655037)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: June 18, 2004

1

## CERTIFICATE OF SERVICE

I, Amanda C. Basta, counsel for the plaintiffs, do hereby certify that on this day, June 18,

2004, I served a copy of the foregoing document by first-class mail to counsel for the defendants:

Robert F. Casey, Jr., Esq.               Jean D. Sifleet, Esq.
ROBERT F. CASEY, JR., P.C.               120 South Meadow Road
Shaker Place                             Clinton, MA 01510
233 Ayer Road – Suite 12
Harvard, MA 01451

_Amanda C. Basta_
Amanda C. Basta

Dated:  June ___, 2004

#1278449 - 21073/2