UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-40051-NMG

| | |
|---|---|
| BOXCAR MEDIA, LLC, and<br>RACEWAY MEDIA, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| REDNECKJUNK, LLC,<br>DR. THOMAS P. CONNELLY, and<br>CONNELLY RACING, INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

### NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above action that my address has been changed to:

**6 LANCASTER COUNTY ROAD**
**HARVARD, MA 01451**

All telephone and fax numbers remain the same.

Robert F. Casey, Jr.,
Attorney for the Defendant
6 Lancaster County Road
Harvard, MA 01451
BBO# 077700
(978) 772-2223

Dated: November __, 2004

## CERTIFICATE OF SERVICE

I, Robert F. Casey, Jr., attorney for the defendants, do hereby certify that on this date I served a copy of the following documents by U.S. Postal First Class Mail, postage prepaid, as follows:

## NOTICE OF CHANGE OF ADDRESS

to:

Plaintiffs' counsel:

Attorney Brenda M. Cotter
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

Defendants' co-counsel:

Attorney Jean Sifleet
120 S. Meadow Road
Clinton, MA 01510

Sworn and subscribed to by me under the pains and penalties of perjury this ____ day of November, 2004.

_____
Robert F. Casey, Jr.

DOCS\CONNELLY\CERT.SER