UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-40051-NMG

| | |
|---|---|
| BOXCAR MEDIA, LLC, and<br>RACEWAY MEDIA, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>REDNECKJUNK, LLC,<br>DR. THOMAS P. CONNELLY, and<br>CONNELLY RACING, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

This is to notify the Court and all parties to the above action that my address has been changed to:

**6 LANCASTER COUNTY ROAD
HARVARD, MA 01451**

All telephone and fax numbers remain the same.

 

_____
Robert F. Casey, Jr.,
Attorney for defendants
6 Lancaster County Road
Harvard, MA 01451
BBO# 077700
(978) 772-2223

Dated: August 22, 2005

## CERTIFICATE OF SERVICE

I, Robert F. Casey, Jr., attorney for the Defendants, do hereby certify that on this date I served a copy of the following documents by U.S. Postal First Class Mail, postage prepaid, as follows:

### NOTICE OF CHANGE OF ADDRESS

to:

Plaintiffs' counsel:

Attorney Brenda M. Cotter
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

Defendants' co-counsel:

Attorney Jean Sifleet
120 S. Meadow Road
Clinton, MA 01510

Sworn and subscribed to by me under the pains and penalties of perjury this 22nd day of August, 2005.

Robert F. Casey, Jr.